**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FURKAT ACHILOV, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-2519 |
| | : | |
| TODD LYONS, et al., | | |
| Defendants. | | |

**ORDER**

**AND NOW**, this 14th day of September, 2026, upon consideration of Plaintiff filing an Amended Complaint (ECF No. 12), Defendant's Motion to Dismiss (ECF No. 10) is denied as **MOOT**.

**BY THE COURT:**

/s/ *John Milton Younge*
**John Milton Younge, J.**